STATE OF NEW JERSEY v. CURTIS RODWELLER.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RANDY TOOMER.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN LEROY HILL.

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT A.
HOLMES, A/K/A "POP".

January 25, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS DIAZ.

January 25, 1988.

Petition for certification denied.